G. Thomas Martin, III, Esq. (SBN 218456)
tom@pricelawgroup.com
Darin S. Shaw, Esq. (SBN 251037)
darin@pricelawgroup.com
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730

Attorneys for Plaintiff,
LAURA MARTORANA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MARTORANA,<br><br>  Plaintiff,<br><br>vs.<br><br>CALIFORNIA BUSINESS BUREAU, INC.; DOES 1-10, inclusive.<br><br>  Defendant. | Case No.: CV12-00501-E<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff LAURA MARTORANA against Defendant CALIFORNIA BUSINESS BUREAU, INC. are dismissed, with prejudice. Plaintiff LAURA MARTORANA and Defendant CALIFORNIA BUSINESS BUREAU, INC. shall each bear their own costs and attorneys' fees.

Date: 10/17/12

_____
JUDGE, United States District Court,
Central District of California

[Proposed] Order of Dismissal With Prejudice